IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION ALASKA and CRUISE LINES INTERNATIONAL ASSOCIATION,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE CITY AND BOROUGH OF JUNEAU, ALASKA, a municipal corporation, and RORIE WATT, in his official capacity as City Manager,<br><br>                Defendants. | No. 1:16-cv-0008-HRH |

## O R D E R

### Case Status

The court has now ruled on defendants' motion to determine law of the case and the parties' cross-motions for summary judgment. It is the court's perception that all that remains to be done in this case is to enter a declaratory judgment.[1] If, however, any of the parties think otherwise, they shall provide notice to the court of what issues they believe remain to be resolved. Such notice shall be provided to the court on or before January 10, 2019.

DATED at Anchorage, Alaska, this <u>6th</u> day of December, 2018.

                              <u>/s/ H. Russel Holland</u>
                              United States District Judge

---

[1] It is the court's perception that injunctive relief would be duplicative of the declaratory relief to which plaintiffs are entitled and thus injunctive relief would be unnecessary.

ORDER – Case Status    - 1 -

Case 1:16-cv-00008-HRH   Document 208   Filed 12/06/18   Page 1 of 1